UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>　　　　Defendant. | Civil Action No. 23-3264 (CJN) |

**NOTICE OF SUBSTITUTION OF APPEARANCE**

Defendant requests that the Clerk of the Court please withdraw the appearance of Assistant United States Attorney John Moustakas and enter the appearance of Assistant United States Attorney Stephanie R. Johnson as counsel for Defendant in the above-captioned case.

Dated:  January 16, 2024

Respectfully submitted,

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
United States Attorney's Office
Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov