UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>    Defendant. | Civil Action No. 23-3264 (CJN) |

## ANSWER

Defendant United States Department of Defense ("Defendant"), by and through undersigned counsel, respectfully submits this Answer to the Complaint (ECF No. 1) in this case filed by Plaintiff White Coat Waste Project ("Plaintiff") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents in response; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action. Defendant expressly denies all allegations in the Complaint, including the relief sought, that are not specifically admitted to or otherwise qualified in this Answer. Defendant responds to the Complaint in like numbered paragraphs as follows:

1. This paragraph consists of Plaintiff's characterization of this action, to which no response is required. To the extent a response is deemed required, Defendant admits that Plaintiff

brings this action under FOIA to compel the production of documents that Plaintiff requested from Defendant.

### Jurisdiction and Venue[1]

2. This paragraph does not contain allegations of fact but rather conclusions of law regarding jurisdiction, to which no response is required. To the extent that a response is deemed required, Defendant only admits that this Court has jurisdiction over claims involving proper FOIA requests, subject to the terms and limitations of FOIA.

3. This paragraph does not contain allegations of fact but rather conclusions of law regarding venue, to which no response is required. To the extent that a response is deemed necessary, Defendant admits that venue lies in this judicial district for a proper claim under FOIA.

### Parties

4   Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations in this paragraph.

5. Defendant admits the allegations in the first and second sentences of this paragraph. The remainder of this paragraph consists of Plaintiff's conclusions of law, to which no response is required.

### Statement of Facts

<u>Unacknowledged Request</u>

6. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations in this paragraph and avers it has been unable to locate any FOIA request

---

[1]   For ease of reference only, Defendant's Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

from Plaintiff matching the description provided in the Complaint.

7. Defendant admits that it has not acknowledged the request, and avers that it has no evidence of having received said request.

8. Defendant admits that it has not responded to the request, and avers that it has no evidence of having received said request.

9. Defendant admits that it has not responded to the request, and avers that it has no evidence of having received said request.

10. The allegations in this paragraph assert legal conclusions to which no response is required. To the extent any response is required, the allegations are denied.

11. The allegations in this paragraph assert legal conclusions to which no response is required. To the extent any response is required, the allegations are denied.

## Request 22-F-1285

12. Defendant admits that Plaintiff submitted a FOIA request dated August 29, 2023. Defendant avers that the FOIA request is the best evidence of its contents and respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents and denies any inconsistent allegations therein.

13. Defendant admits the allegations in this paragraph. Defendant avers that the correspondence is the best evidence of its contents and respectfully refers the Court to the correspondence for a complete and accurate statement of its contents and denies any inconsistent allegations therein.

14. Defendant admits the allegations in this paragraph. Defendant avers that the correspondences are the best evidence of its contents and respectfully refers the Court to the correspondence for a complete and accurate statement of its contents and denies any inconsistent

allegations therein.

15. Defendant admits the allegations in this paragraph.

16. Defendant admits the allegations in this paragraph.

17. This paragraph asserts a conclusion of law to which no response is required.

## Count I:  Violation of FOIA

18. Defendant realleges and incorporates by reference all of the preceding paragraphs of this Answer as if fully stated herein.

19-22.  The allegations in paragraphs 19 – 22 do not contain allegations of fact but rather conclusions of law, to which no response is required.  To the extent any response is required, the allegations are denied.

## REQUEST FOR RELIEF

The remainder of the Complaint consists of Plaintiff's prayer for relief, to which no response is required.  To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

## DEFENSES

Defendant reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to this Complaint become known to Defendant through the course of this litigation.  Defendant does not assume the burden of proving any of these defenses or elements of them where the burden is properly placed on Plaintiff as a matter of law.

## FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND DEFENSE

Defendant has not improperly withheld records requested by Plaintiff under FOIA.

### THIRD DEFENSE

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by FOIA.

### FOURTH DEFENSE

Plaintiff is neither eligible nor entitled to attorney's fees or costs in this matter.

*   *   *

Dated: January 16, 2024
      Washington, DC

                Respectfully submitted,

                MATTHEW M. GRAVES, D.C. Bar. # 481052
                United States Attorney

                BRIAN P. HUDAK
                Chief, Civil Division

                By: */s/ Stephanie R. Johnson*
                    STEPHANIE R. JOHNSON
                    D.C. Bar # 1632338
                    Assistant United States Attorney
                    601 D Street, NW
                    Washington, DC 20530
                    (202) 252-7874
                    Stephanie.Johnson5@usdoj.gov

                *Attorneys for the United States of America*