UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-3264 (CJN) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 16, 2024, Minute Order, Plaintiff White Coat Waste Project ("Plaintiff") and Defendant United States Department of Defense ("Defendant"), by and through undersigned counsel, have met and conferred, and hereby report as follows:

1. Plaintiff brings this action against Defendant under the Freedom of Information Act ("FOIA") seeking to compel a response to two FOIA requests. *See generally* Compl. (ECF No. 1).

2. As previously reported, Defendants have completed the search for potentially responsive records.

3. In terms of the request submitted to the Walter Reed Army Institute of Research, Defendant made a release in June 2024 and a supplemental release in August 2024.

4. For the records related to Defense Advanced Research Projects Agency Bridging the Gap Plus (Request # 22-F-1285), Defendant located approximately 1500 pages of potentially responsive records. Defendant made two releases in June and August 2024. Defendant anticipates making the next in October.

5. Once Defendant releases all responsive records, counsel for the parties will cooperatively work together to narrow or resolve any substantive issues of disagreement and, if necessary, propose a briefing schedule.

6. To that end, pursuant to the Court's August 16, 2024, the parties shall file another Joint Status Report on or before November 18, 2024, updating the Court on Defendant's response to Plaintiff's FOIA requests.

\*   \*   \*

Dated: September 16, 2024

*/s/ Matthew Strugar*
Matthew Strugar (D.C. Bar No. 1010198)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299
matthew@matthewstrugar.com

*Attorney for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, DC Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      *Stephanie R. Johnson*
STEPHANIE R. JOHNSON
DC Bar # 1632338
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*